UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 17 CR 522 |
| v. | ) | |
| | ) | Honorable Michael T. Mason |
| ALBERT ROSSINI | ) | |

**APPEARANCE OF COUNSEL**

Please take notice that the undersigned Special Assistant United States Attorney William Novak is assigned to this case.

By: */s/ William Novak*
WILLIAM NOVAK
Special Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 697-4073

Date: August 1, 2017