NG

DECEMBER 26, 2017

FILED
JAN 03 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hon. John Z. Lee
United States District Court
Northern District of Illinois
219 South Dearborn Street
Court Room 1225
Chicago, Il. 60604

RE: U.S. v. ALBERT ROSSINI
Cases: 1-15-CR-00515-1, 17-CR-522
in relation to Joshua Adams

Dear Judge Lee:

It is with regret that I believe my court appointed attorney, Joshua Adams, is providing me with ineffective or uncompetent assistance in my cases. Please terminate his representation and direct the Federal Public Defender to appoint me new counsel prior to my January 11, 2018 status hearings.

Also, Mr. Adams has informed me that co-counsel Scott Frankel is campaigning for judgeship in Cook County and will not be available for my defense. While I wish Mr. Frankel well, waiting to see the outcome of his campaign and lacking complete representation over the next several months is extremely prejudicial to me.

Mr. Adams has missed court dates without

Judge Lee
P. 2

informing me he was not attending and presumably not asking Mr. Frankel to appear, thus leaving me without representation. Mr. Adams was totally unprepared at my August 2017 bond revocation hearing. He did not show me the government's motion prior to the hearing and I did not know of the statements concerning Los Angeles trips or properties before court. I heard about this at court! If I had known then I certainly would have asked for a continuance to prepare my proof and adequately answer the allegations. Mr. Adams has not responded to my many letters and answers one of ever 20 telephone calls. Our meetings are basically 15 minutes of pleasantries and as my December 8, 2017 meeting shows by Monday December 11, 2017 he had forgotten what we agreed.

I could continue for several pages and be more succinct but why bore you. It remains that I believe Mr. Adams representation severely prejudices my cases.

Since my July 28, 2017 detention, it has amazed me the number of defendants who complain about their court appointed attorneys. Unfortunately, these complaints are with merit. The ineptness, incompetence and ineffectiveness of many attorneys representing defendants pleading guilty is outrageous. I am happy to have advised them to request new and hopefully competent counsel in

order to properly plead guilty, or fight their case.

 Therefore, I would certainly be remiss if I did not request new counsel. Thank you for your time and attention to this matter.

Respectfully submitted,

Albert Rossini
#485596
Jerome Combs Detention Center
3050 South Justice Way
Kankakee, IL. 60901
815-802-7202

CC: Joshua Adams
  53 West Jackson
  Suite 1515
  Chicago, IL 60604

  Scott Frankel
  53 West Jackson
  Suite 1615
  Chicago, IL 60604

United States Attorney
219 S. Dearborn St.
Chicago, IL 60604

Federal Defender
219 S. Dearborn St.
Chicago, IL 60604

Officer Justin Wiersema
U.S. Pretrial Services
United States Courts
219 S. Dearborn #1500
Chicago, IL 60604

ALBERT ROSSINI #H85596
Jerome Combs Detention Center
3050 S. Justice Way
Kankakee, IL 60901

This Correspondence is from
a detainee from
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901

Legal Mail

Hon. John Z. Lee
U.S. District Judge
Northern District of Illinois
219 South Dearborn Street
Court Room 1225
Chicago, IL. 60604