

**FILED**
4/10/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JH

Albert Rossini
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

April 9, 2020

Hon. Judge Tharp
United States District Court
219 S. Dearborn St.
Chicago, IL 60604

Re: United States v. Albert Rossini, 17 CR 522

Dear Judge Tharp,

On September 27, 2017, an indictment was filed in the Northern District charging me with violation of Title 18 U.S.C. §1344 and §3147. The Court has scheduled trial for June 2020. I realize that many things have changed in the last 45 days and this may have impacted the trial date. However, several things have not changed before this or during the last 45 days.

(1) I have not received any discovery in this case from attorney Adams, my original attorney in this case, or Richard Kling, my present attorney, even though we are scheduled for trial in June 2020.

(2) Neither attorneys Adams or Kling have discussed the case on more than one occasion with me and not for more than 15 minutes.

(3) No documents have been subpoenaed on my behalf, although I have requested such in writing and at an attorney meeting, and no witnesses have been investigated by either attorney on my behalf.

In case 15 CR 515-1 before Judge Lee, I did not object as to the lack of preparation by my attorneys until the day of trial. I will not again depend upon my attorneys when I believe they are unprepared. Therefore, I request that you terminate attorney Kling's representation in my case (he may have already filed a motion to withdraw), appoint alternative counsel and postpone the June 2020 trial date. Thank you in advance for your consideration.

Respectfully submitted,

*[signature]*

Albert Rossini
Defendant

Albert Rossini
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

LEGAL MAIL
PRISONER CORRESPONDENCE

Hon. Judge Tharp
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

A The enclosed letter was processed through special mailing procedures fo forwarding to you. This letter has neither been opened nor inspected. If th writer raises a question or problem over which this facility has jurisdiction, yo may wish to return the materiel for further information or clarification. If th writer encloses correspondence for forwarding to another addressee, pleas return the enclosure to the above address.≅

Date: 04-10-2020