Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

**FILED**

OCT 25 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

October 18, 2021

Hon. Judge Tharp
United States District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re: USA v. Rossini
Case No. 17 CR 522

Dear Judge Tharp:

    After much thought, I request that you appoint my court appointed attorney Clarence Butler, Jr., who represented me in 15 CR 515-1 as my attorney in your case. Mr. Butler is very well acquainted with my family situation, understands my case before Judge Lee in the aforementioned case and enjoys my full trust in being able to represent me.

    I have requested from each of my previous attorneys in the case before you to send me the discovery and to subpoena documents, including but not limited to bank account statements. None has done so. I ask that you replace my present attorney in this case with Mr. Butler so that we may prepare for trial.

Respectfully submitted,

*Albert Rossini*
Albert Rossini
Defendant

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

S SUBURBAN IL 604

19 OCT 2021 PM 6 L

2021 OCT 25 AM 8:56

LEGAL MAIL

Hon. Judge Tharp
United States District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

OCT 19 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

10/25/2021-13