**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **No. 17 CR 0522** |
| | ) | **Judge Tharp** |
| ALBERT ROSSINI | ) | |

**<u>MOTION TO WITHDRAW</u>**

NOW COMES the Defendant, ALBERT ROSSINI, by and through his attorney, MICHAEL E. REDIGER, and hereby moves to withdraw his appearance as counsel for the Defendant. In support thereof, the counsel states as follows:

1.  Michael E. Rediger filed an appearance and was appointed counsel pursuant to the CJA to represent Albert Rossini on August 8th, 2020.

2.  On October 25, 2021, Mr. Rossini wrote the Court a letter requesting the services of CJA panel attorney, Mr. Clarence Butler Jr. (See #84 on ECF docket)

3.  Given Mr. Butler's prior representation of Mr. Rossini, Mr Rediger has no objection to Mr. Rossini's request and more importantly does not believe it will materially affect Mr. Rossini's representation for trial. As such Mr. Rediger requests to withdraw.

4.  Mr. Rossini has a 6th Amendment Right to Counsel.

5.  Mr. Clarence Butler has been notified of this Motion to Withdraw and is "neutral but willing to serve". As such, Mr. Rediger is seeking to withdraw on this case.

WHEREFORE, in view of the aforementioned facts, the undersigned counsel moves the Court to enter an order granting him leave to withdraw as counsel of

Respectfully Submitted,

S;/ Michael E. Rediger

_____
 Michael E. Rediger

MICHAEL E. REDIGER ARDC #6225900
REDIGER LAW FIRM
161 NORTH CLARK ST., SUITE 2550
CHICAGO, IL 60601
(312) 342-7174

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that foregoing Defendants Motion to Withdraw was served on November 4, 2021, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

<u>**s/ Michael E. Rediger**</u>
**Michael E. Rediger**
161 North Clark St., Suite 2550
Chicago, IL 60601
(312) 342-7174
mrediger@redatlaw.com