UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | No. 17 CR 522 |
| ) | |
| ) | |
| | Honorable John J. Tharp |
| ALBERT ROSSINI | |
| Defendant. | |

**DEFENDANT ROSSINI'S  STATUS UPDATE ADVISING THE COURT AS TO WHETHER THE DEFENSE IS SEEKING TO CONTINUE THE TRIAL DATE; WHETHER COUNSEL  SEEKS TO WITHDRAW AS  ROSSINI'S  COUNSEL; AND WHETHER  ROSSINI IS SEEKING APPOINTMENT OF NEW  COUNSEL**

NOW COMES, Attorney Clarence Butler Jr., Of The Law Office Of Clarence Butler Jr., As Defense Counsel For Albert Rossini Respectfully Hereby Submits To This Honorable Court, *Defendant Rossini's  Status Update Advising The Court As To Whether The Defense Is Seeking To Continue The Trial Date; Whether Counsel  Seeks To Withdraw As  Rossini's  Counsel; And Whether  Rossini Is Seeking Appointment Of New  Counsel.*

Rossini submitted a letter directly to this court on May 3, 2022. Counsel vehemently and emphatically denies representations contained within said letter. On May 5, 2022 an arraignment was held on the above captioned case relative to the returned Superseding Indictment,

1

whereupon the subject of the May 3, 2022 letter was preliminarily discussed.  This Honorable Court advised counsel and Rossini to conference at the MCC (where Rossini is being detained) to determine whether the matter could be resolved. Counsel advised that he had prepared a 17 page response he intended to file disputing Rossini's letter. However, counsel held said response in abeyance pending meeting with Rossini.

   Counsel met with Rossini on Friday, May 6, 2022, in-person at the MCC.  Rossini voluntarily initiated that that he would withdraw the letter in open court, on the record  during the May 12, 2022  status hearing. Furthermore, Rossini advised that he is satisfied and pleased with the representation of counsel and does not wish or desire the appointment of new counsel. Rossini also advised that he will state said in open court during the status hearing. Accordingly, counsel does not seek to withdraw as counsel for Rossini.

  However, Rossini has advised that he is seeking to continue the trial date based on tactical and strategical issues Rossini wishes to advance, and not based on any allegations of lack of preparedness of counsel. Rossini will state that counsel was prepared based on directives and the implementation of a strategical and tactical course that Rossini previously prescribed and subsequently abandoned.

   The court ordered this status update to be submitted to the court on this day, May 9, 2022 by the close of business. Counsel was precluded from submitting this prepared submission to the court, as counsel was advised that Rossini had filed an undetermined submission on this day, May 9, 2022 at approximately 4:00 p.m.  Consequently, counsel had to ascertain the nature of the filing to determine if it had any bearing on the subject issue. Counsel later learned after the close of business that the filing was Rossini's Pro Se *Motion For Compassionate Release*.

Respectfully submitted,
 *s/ Clarence Butler Jr.*

2

Clarence Butler Jr.. /Attorney for Rossini
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
312-216-5102