TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-I-A

---

FROM: Rossini, Brenda
TO: 08043424
SUBJECT: email to J. Tharp
DATE: 05/03/2022 11:06:04 AM

**FILED**

MAY 10 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SENT VIA HIS DEPUTY, ALBERTA RONE.

Your Honor:

I apologize for contacting you via email, but the mail at the Chicago MCC is unreliable. I have been housed here for several years and for the duration of the still-pending proceedings before you.

My lawyer, Clarence Butler, has been unable to attend to my case because of his several hospitalizations and a continuing, serious affliction that impedes his energy and his movements.
I am again at a situation---years into my detention of inaction to a speedy disposition of my still- pending trial.

No motions have been filed by Mr. Butler and no discovery received from the Government. Frankly, none of my court-appointed lawyers: Adams, Frankel, Rediger and now Butler ever delivered to me any discovery from the Government. Consequently, I have not had the opportunity to review nor prepare for this distant trial.

I gave my attorneys witness names and specific subpoenaes to be served upon several banks. Result? Nothing attempted and nothing accomplished. No motions. No hearings. Nothing.

I am happy to forward and will do so upon request, each of the many letters sent to the defense attorneys. Further, there should be no hesitancy on the part of the Government to send to me, at the MCC, ALL of the discovery in its possession, notwithstanding my lawyers' inactivity. This requires an order by the Court.

I have no intention of pleading guilty and never authorized my lawyer to communicate or distort my intention to prove my innocence at a trial.

I requested your Honor to replace Michael Rediger with Clarence Butler because attorney Butler and I worked well together-- once Judge Lee listened to my complaints and allowed me to file motions, memorandums and sentencing memos on my own with attorney Butler either adopting them or filing simultaneous documents.

Mr. Butler is physically unable to proceed. My Motions to Dismiss and for Bond remain in limbo. I believe that the current representation remains insoluble. Thus, setting a trial at this time is unreasonable and a violation of my Fifth and Sixth Amendment rights to a fair trial with adequate representation.

Respectfully,
Albert Rossini
Defendant
08023-424

*[signed] Albert M. Rossini*
17-CR-522

ALBERT ROSSINI
#01043-424
METROPOLITAN CORRECTIONAL Center
71 W. VAN Buren St.
Chicago, IL. 60605

S SUBURBAN IL 604
5 MAY 2022 PM 3 L

05/10/2022-13

Legal Mail

Hon. John Tharp, DIST. Judge
U.S. DIST. COURT
219 S. DEARBORN ST.
Chicago, IL. 60604

**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST. CHICAGO IL 606005

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

MAY 0 5 2022

If the sender raises a question or issue over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return to the enclosure to the above address.

2022 MAY 10 AM 8:54
RECEIVED