UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   17 CR 522 |
| | ) | |
| ALBERT ROSSINI | ) | |

## **WITHDRAWAL OF AUSA JOHN D. MITCHELL**

Please take notice that Assistant United States Attorney John D. Mitchell is no longer assigned to this case.

Respectfully submitted,

JOHN R. LAUSCH
United States Attorney

By: /s/ *Paul Schied*
PAUL SCHIED
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 697-4091

September 20, 2022