# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 01 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
      PLAINTIFF,

      v.

ALBERT ROSSINI,
      DEFENDANT.

Case No.  17 CR 722
HON. JOHN THARP
District Court Judge

## AFFIDAVIT OF ALBERT ROSSINI

Defendant Albert Rossini does state the following.

(1).  That he was granted pretrial release in case number
15 CR 515-1 in the U.S. District Court for the Northern District of
Illinois on August 25, 2015 before Magistrate Finnegan and several
days thereafter affirmed before Magistrate Judge Jeffrey Gilbert
and placed on home confinement subject to conditions.

-1-

(Affidavit of Albert Rossini)
May 26, 2022



(7).    Rossini wrote a check to Matan Braunshteyn on or about
May 23, 2017 from the account of Albert Rossini in the amount of $5,300

(Affidavit of Albert Rossini)

May 26, 2022

in payment of a loan that Mr. Braunshteyn had made to Rossini.  No

cash was disbursed from this check.

(Affidavit of Albert Rossini)
May 22, 2022)

███████████████████████████████████████████

    I swear and affirm under penalty of perjury that my statements
are true and correct to the best of my knowledge and belief.
See 28 U.S.C. §1746; 18 U.S.C. §1621.

_Albert Rossini_ (signature)

Albert Rossini

████████████████████████████

CERTIFICATE OF SERVICE

Defendant Albert Rossini deposited a Notice of Filing, Motion to Dismiss Indictment, Affidavit of Defendant Rossini, and Exhibit in the MCC Chicago Legal Mail System, first class postage prepaid, and addressed to Hon. Thomas Brutton, Clerk of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL. 60604, on May 26, 2022.

Respectfully submitted,

Albert Rossini