UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | 17 CR 522<br><br>Hon. John J. Tharp, Jr. |

## **ORDER**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, having moved this Court, without objection from the defendant, for the reciprocal early return of trial subpoenas, and having demonstrated good cause in support of its motion.

IT IS HEREBY ORDERED THAT the government's motion for early return of trial subpoenas is granted on a reciprocal basis.

ENTERED:

_____
JOHN J. THARP, JR.
United States District Judge