UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | 17 CR 522<br><br>Hon. John J. Tharp, Jr. |

### GOVERNMENT'S LIST OF POTENTAL WITNESSES

The United States of America, through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby submits the following list of potential witnesses. The government reserves the right to supplement this witness list as necessary before and during trial.

1. Michael Aufrecht
2. Scott Boerma (Wintrust Bank)
3. Casey Czarnecki
4. Arthur Feldman
5. Kenlee Huss (Green Dot Bank)
6. Richard Kruse
7. Jorge Perez
8. Kelly Shanahan (FBI)
9. Guy Stein

Dated: October 28, 2022

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Paul Schied
PAUL SCHIED
PATRICK MOTT
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300