## Transcript – GX 202

Hi Scott.

It's Bert Rossini on Guy Stein. I talked to him earlier today. I just talked to him a second ago too. That money that was supposed to go on, come in on Friday late is actually coming in this afternoon late. I'm, I'm sorry I couldn't …uh… do any better than that because of…uh relatives that are sending it out from my account out there. So, it will be done this afternoon and I will be able to at the end of the day – sometime this afternoon or early evening – send you some confirmations. Umm…It'll be in two wires. One is 3500. I'm sorry – 3900. And the other is 7500. So I will talk to you if you need me. 847-471-2250. But it will be done this afternoon. Bye.

