UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 01 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.

ALBERT ROSSINI,
    DEFENDANT.

Case No.  17 CR 722
HON. JOHN THARP
District Court Judge

## AFFIDAVIT OF ALBERT ROSSINI

Defendant Albert Rossini does state the following.

GOVERNMENT EXHIBIT 026

(Affidavit of Albert Rossini)
May 26, 2022

(7). Rossini wrote a check to Matan Braunshteyn on or about May 23, 2017 from the account of Albert Rossini in the amount of $5,300

in payment of a loan that Mr. Braunshteyn had made to Rossini. No cash was disbursed from this check.

-3-

(Affidavit of Albert Rossini)
May 22, 2022)

I swear and affirm under penalty of perjury that my statements are true and correct to the best of my knowledge and belief. See 28 U.S.C. §1746; 18 U.S.C. §1621.

*Albert Rossini* (signature)

Albert Rossini

CERTIFICATE OF SERVICE

Defendant Albert Rossini deposited a Notice of Filing, Motion to Dismiss Indictment, Affidavit of Defendant Rossini, and Exhibit in the MCC Chicago Legal Mail System, first class postage prepaid, and addressed to Hon. Thomas Brutton, Clerk of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL. 60604, on May 26, 2022.

Respectfully submitted,

*Albert Rossini* (signature)

Albert Rossini