# CERTIFICATE OF RECOGNITION

This certificate is presented to

## Albert Rossini

for his work as a GED TUTOR
in assisting the Education Department
in earning 15 GED completions
as of August 20, 2025, for FY 2025.

_____
A. Marquette, Supervisor of Education

8/20/2025
_____
DATE

# CERTIFICATE OF RECOGNITION

This Certificate is proudly presented to:

*Albert Rossini*

for his work as a GED TUTOR in assisting the Education Department in earning 13 GED completions in FY 2023.

*A. Marquette*

**A. Marquette**
Supervisor of Education

# CERTIFICATE OF RECOGNITION

This certificate is presented to

# Albert Rossini

for his work as a GED TUTOR
in assisting the
Education Department
in earning 25 GED completions in FY 2024.

_A. Marquette_ — A. Marquette, Supervisor of Education

9/30/2024 — DATE