UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **United States of America**, | |
| Plaintiff, | |
| v. | No. 1:17-cr-522 |
| **Albert Rossini**, | Judge John J. Tharp |
| Defendant. | |

## Defense Status Report

Defendant Albert Rossini submits the following status report regarding his medical condition.

As the Court is aware, Rossini has significant concerns about ensuring continuity of medical care for his heart condition. Rossini reports to counsel that he was seen at MCC sick call on October 30, 2025, for dizziness while laying down. According to the clinical encounter notes, this is likely related to his bradycardia and upcoming pacemaker upgrade/replacement at the end of this year. Rossini reports that he is scheduled to be transported to Northwestern Medical Center for a cardiology appointment during the first two weeks of December, at which time he expects to be scheduled for pacemaker replacement surgery. Due to the holiday season, however, that may not occur until early January.

Based on the above, Rossini requests leave to file an additional status report in January 2026.

Respectfully Submitted,

/s/ James G. Vanzant
Attorney for Albert Rossini

James G. Vanzant
Holly N. Blaine
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
(312) 788-7584
jgv@blainevanzant.com
hnb@blainevanzant.com