

EE
MR

FILED
4/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Il. 60605

March 30, 2026

Hon. Thomas Bruton
Clerk, U.S. District Court
219 South Dearborn St.
Chicago, Il. 60604

RE: United States v. Albert Rossini
Case No. 17 CR 522
Hon. John J. Tharp

Dear Clerk Bruton,

Please forward this attached letter from Northwestern Medicine to Judge John J. Tharp. I have court before Judge Tharp on April 15, 2026 concerning my medical condition as it relates to filing of the judgment of conviction in 17 CR 522.

Thank you in advance for your attention to this matter.

Respectfully submitted,

Allen Rossini

 **Northwestern**
Medicine*

Northwestern Memorial Hospital
251 East Huron Street
Chicago, Illinois 60611-2908
312.926.2000
TTY:711
nm.org

3/30/26

Northwestern Memorial Hospital
Bluhm Cardiovascular Institute
675 North Saint Clair Street
19th Floor
Chicago, Illinois 60611

To whom it may concern,

Albert Rossini (9/11/48) has an implanted pacemaker which is nearing the end of life and will need to be replaced in about 9 months. Mr. Rossini is dependent on his pacemaker, and the pacemaker is keeping him alive. It is important that the pacemaker be changed out when it reaches the replacement time in ~9 months.

Northwestern needs to frequently monitor the battery on the device and Mr. Rossini needs to be seen in the device clinic again in June. His next appointment is made for ██████████████ After this appointment, he will likely need to be seen monthly in the device clinic. Please call 312-695-1926 for any questions or concerns.

Thank you,


Shae Skinner, CCDS
Cardiac Device Specialist

ALBERT ROSSINI
#08043-424
Metropolitan Correctional Center
71 West Van Buren
Chicago, IL. 60605

S SUBURBAN IL 604

31 MAR 2026 PM 5 L

FOREVER/USA

Legal Mail

Hon. Thomas Bruton
Clerk, U.S. District Court
219 S. Dearborn Street
Chicago, IL. 60604

60604-180099

04/03/2026-10



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

MAR 3 0 2026

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.



RECEIVED

APR 03 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT